Form 3A
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

In re _Lindsey, Jacqueline D._,
Debtor

Case No. _08-14185_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ~~70.00~~ 68.50 Check one ☐ With the filing of the petition, or
   ☒ On or before _6-13-08_

   $ ~~70.00~~ 68.50 on or before _6-27-08_

   $ ~~70.00~~ 68.50 on or before _7-11-08_

   $ ~~70.00~~ 68.50 on or before _7-25-08_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 03 2008
KENNETH S. GARDNER, CLERK
PS REP. - CK

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_N/A_ _____
Signature of Attorney    Date

_Jacqueline D. Lindsey_   _6-3-08_
Signature of Debtor    Date
(In a joint case, both spouses must sign.)

_N/A_
Name of Attorney

_____ _____
Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _____Illinois_____

In re _Lindsey, Jacqueline D._,          Case No. _08-14185_
         Debtor

                                         Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ ~~70.00~~ 68.50  Check one  ☐ With the filing of the petition, or
                              ☒ On or before _6-13-08_

$ ~~70.00~~ 68.50  on or before _6-27-08_

$ ~~70.00~~ 68.50  on or before _7-11-08_

$ ~~70.00~~ 68.50  on or before _7-25-08_

☒   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                         BY THE COURT

Date: _06-03-08_                         _Kenneth S. Gardner_
                                         Kenneth S. Gardner, Clerk of the Court