IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lindsey, Jacqueline D

Printed: 11/04/08

Case Number: 08 B 14185
Judge: Wedoff, Eugene R
Filed: 6/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 206.77 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 206.77 |
| Totals: | 206.77 | 206.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Secured | 4,122.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,708.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 5,268.77 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 100.87 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 1,872.53 | 0.00 |
| 8. | Internal Revenue Service | Priority |  | No Claim Filed |
| 9. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 12. | Illinois Lending Corporation | Unsecured |  | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | Isac | Unsecured |  | No Claim Filed |
| 18. | Sprint Nextel | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,072.17 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Lindsey, Jacqueline D | Case Number:  08 B 14185 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/04/08 | Filed:  6/3/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

